UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
BRUCE PADILLA,                                                                    Index No. 12 Civ. 7697 (JPO)(ADP)

      Plaintiff,                                                                       NOTICE OF MOTION FOR
                                                                                                    PRELIMINARY APPROVAL OF
      -against-                                                                           SETTLEMENT, FEES,
                                                                                                    AND SERVICE FEE
U.S. SECURITY ASSOCIATES INC.,
a Delaware corporation,

      Defendant.

---

      PLEASE TAKE NOTICE that upon the annexed proposed Joint Stipulation of Settlement and Release and Affirmation of Stephen H. Kahn dated August 8, 2013, and the prior proceedings herein, Plaintiffs shall move this Court before the Honorable Andrew J. Peck, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 20D, New York, NY 10007, on a date and at a time to be designated by this Court, for an Order: 1) granting preliminary approval of the parties' Joint Stipulation of Settlement and Release; 2) approving the attached Notice of Proposed Settlement and Fairness Hearing and authorizing its mailing to the class; 3) awarding a $10,000 Service Fee to the Class Representatives; 4 ) awarding attorneys' fees in the amount of $175,000; and 4) awarding costs and fees incurred in prosecuting this lawsuit in the amount of $3,153.05.

      PLEASE TAKE FURTHER NOTICE that pursuant to this Court's Local Civil Rule 6.1,

- INTENTIONALLY BLANK -

answering papers, if any, must be served within fourteen (14) days after service of these moving papers.

Dated: August 8, 2013

>Kahn Opton, LLP
>Attorney for Plaintiff
>One Parker Plaza
>Fort Lee, New Jersey 07024
>
>By: _____
>Stephen H. Kahn

Certification of Service

I certify that a copy of this Notice of Motion, Plaintiffs' Memorandum of Law and the August 8, 2013 Affirmation of Stephen H. Kahn with annexed exhibits was served through the Court's ECF filing system on Counsel for Defendants, Littler Mendelson, P.C., 900 Third Avenue, NY, NY, Attention: Gregory B. Reilly, Esq.

_____
Stephen H. Kahn